UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non-Profit Corporation, and RONALD
MOORE, Individually,

        Plaintiffs,

vs.                                       Case No.: 2:18-cv-13044-ES-MAH

HAMIN REALTY LLC, a New Jersey Limited
Liability Company,

        Defendant(s).

_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

       Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

**/s/Alan R. Ackerman**
Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ  07054-4519
Telephone: (973) 898-1177
Facsimile:  (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

**/s/Lawrence A. Bluestone**
Lawrence A. Bluestone, Esq.
Genova Burns LLC
30 Montgomery Street, 11th Floor
Jersey City, NJ  07302
Telephone: (973) 533-0777
Facsimile: (973) 533-1112
lbluestone@genovaburns.com
*Attorneys for Defendant*

Date: **April 18, 2019**

Date: **April 18, 2019**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non-Profit Corporation, and RONALD
MOORE, Individually,

        Plaintiffs,

vs.                                  Case No.: 2:18-cv-13044-ES-MAH

HAMIN REALTY LLC, a New Jersey Limited
Liability Company,

        Defendant(s).

_____/

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.     The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2.     The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.     The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4.     To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, _____, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record